**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LAMARCUS HARDY**                                                                  **PLAINTIFF**

**V.**                  **CASE NO. 1:13CV00007 SWW/BD**

**FERGUSON, et al.**                                                  **DEFENDANTS**

## ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition ("Recommendation"), recommending that Mr. Hardy's claims be dismissed. After a careful review of the Recommendation and Mr. Hardy's objections, as well as a *de novo* review of those portions of the record to which Mr. Hardy objects, the Court concludes that the Recommendation should be adopted as this Court's findings in all respects.

Mr. Hardy's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 14th day of March 2013.

                                                    /s/Susan Webber Wright

                                                    UNITED STATES DISTRICT JUDGE